UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LARRY PROVOST, JR.

VERSUS

OFFSHORE SERVICE VESSELS, LLC, ET AL.

CIVIL ACTION

NO. 14-89-SDD-SCR

## RULING

The Court, after carefully considering the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated May 9, 2014, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Motion to Remand*[3] is DENIED.

Baton Rouge, Louisiana the 4 day of June, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-1.
[2] Rec. Doc. 7.
[3] Rec. Doc. 4.